# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NOAH STEFFY**                                                                                   **PLAINTIFF**
**ADC #91009**

**V.**                                           **NO. 4:22-cv-00456-BRW**

**DOES**                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of August, 2022.

                                              BILLY ROY WILSON
                                     UNITED STATES DISTRICT JUDGE